# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DE CARLOS FREEMAN

      Plaintiff

  v.

                                                       Civil Action No. 3:23-cv-292

EATON CORPORATION, *et al*

DONNA CHEEK-PULS, *HR, also known as* Donna Cheek

DAVID LARKINS, *Plant Manager*

ANGIE GODSEY, *Production Manager/Safety Manager*

DANIELLE GILLAM, *Eaton Ethics*

BRAD DOE, *Plant Manager*

TOM LITWICKI, *Master Trainer*

ANDREW KLEIN, *Coach*

TIM HUGHES, *Coach*

DUSTIN HARLAN, *Coach*

HENRY BARRIER, *Forger*

TYLER DOZIER, *Production Manager*

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____ .

_X_ Other:  This case is DISMISSED WITH PREJUDICE as to the federal claims and DISMISSED WITHOUT PREJUDICE as to the state law claims.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R Leichty on Motion to Dismiss.

DATE: 10/5/2023                    CHANDA J. BERTA, CLERK OF COURT


                                  by   s/A. Highlen
                                  *Signature of Clerk or Deputy Clerk*